JIM TITUS v. THE STATE.

UNLAWFULLY CARRYING DEADLY WEAPONS. A man is not permitted, under the law against carrying deadly weapons, to carry a pistol while hunting away from his own premises.

APPEAL from Freestone. · Tried below before the Hon. J. B. Rector.

Jim Titus was indicted for unlawfully carrying a pistol about his person.

The testimony showed that Titus, with three or four others, who had guns, were out hunting about a mile from the residence of defendant; that he was seen to have in his hand a pistol. They had dogs, and said they were hunting, about the date charged in the indictment, in Freestone county.

Defendant was convicted and appealed.

*J. R. Seeley*, for appellant.

*S. R. Fisher*, for State.

GOULD, J. The court instructed the jury that " A man is " not permitted, under the law against carrying a pistol, to " carry a pistol hunting off of his own premises."

Defendant's counsel urge that carrying a pistol for the purpose of hunting in the neighborhood is not within the spirit and meaning of the law. In regulating the carrying of pistols, the Legislature have not seen fit to make an exception in. favor of persons hunting. The unnecessary carrying of the weapons around seems to be the evil aimed at by the Act, and were we at liberty to ingraft an exception in the law, not authorized by its language, we are are not prepared to say that the use of pistols in hunting is either necessary or proper. Bond *v.* The State (38 Texas, 599) is a case similar to the present.

The judgment is affirmed.

                                        Affirmed.